ARTHUR BARLOW *v.* COMMISSIONER OF
CORRECTION
(14455)

Lavery, Schaller and Hennessy, Js.

Argued December 12, 1995—decision released January 23, 1996

*David B. Rozwaski*, special public defender, for the appellant (petitioner).

*James A. Killen*, assistant state's attorney, with whom, on the brief, were *James E. Thomas*, state's attorney, and *John Dropick*, senior assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.